**No. 52160.**—B. M. Reeves Co., Inc. *v.* United States, protest 131122–K (New York).

Opinion by Johnson, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 52161.**—Cosmos Shipping Co., Inc. *v.* United States, protest 132035–K (New York).

Opinion by Johnson, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 52162.**—Buckingham Corporation *v.* United States, protest 132574–K (New York).

Opinion by Johnson, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 52163.**—Curacao Trading Co., Inc. *v.* United States, protest 133306–K (New York).

Opinion by Johnson, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 52164.**—U. S. Commercial Co. *v.* United States, protest 133350–K (New York).

Opinion by Johnson, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 52165.**—H. P. Lambert Co., Inc., et al. *v.* United States, protests 5796–K, etc. (Boston, etc.).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

FEBRUARY 10, 1948

**No. 52166.**—Suit 4575.—Sheffler Merchandise Co., Inc. *v.* United States.——C. D. 1043 affirmed November 29, 1947. C. A. D. 372.